UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-373 |
| KEWAYNE MORGAN | SECTION "K"1 |

# ORDER AND OPINION

Defendant Kewayne Morgan has filed a *pro se* motion seeking "an out-of-time" appeal. Additionally he requests that the Court appoint counsel for him to pursue his direct appeal or allow him adequate time to proceed with a motion for post-conviction relief pursuant to 28 U.S.C. §2255. Having reviewed the motion, the record, and relevant law, the Court, for the reasons assigned, DENIES the motion.

Kewayne Morgan pleaded guilty pursuant to a plea agreement in which he "expressly waive[d] his rights to appeal from his convictions and/or his sentence, including but not limited to, any appeal rights conferred by Title 28, United States Code, Sections 1291, and by Title 18 United States Code, Section 3742 . . .." Having waived his right to a direct appeal, defendant's requests for an out of time appeal and for appointment of counsel for his direct appeal are moot.

Alternatively, defendant requests that the Court "allow him adequate time to proceed with his §2255." A motion for post-conviction relief pursuant to 28 U.S.C. §2255 may be filed within one year from, inter alia, the date the judgment of conviction became final. 28 U.S.C. §2255(f)(1). Because less than a year has passed since his conviction became final, Kewayne Morgan still has time to file a timely motion for §2255 relief. Therefore, the Court denies his

alternative request for relief.

New Orleans, Louisiana, this 11th day of January, 2012.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE